UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS HOFFMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 206 RWS |
| ) | |
| HOFFMAN BROS. HEATING AND ) | |
| AIR CONDITIONING, INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER OF STAY**

After due consideration,

**IT IS HEREBY ORDERED** that the joint motion to stay proceedings [31] is granted as follows: **this case is stayed pending the conclusion of mediation**.

**IT IS FURTHER ORDERED** that not later than two days after the conclusion of mediation, the parties shall file a joint memorandum advising the Court on the status of the case, including whether the case or the preliminary injunction motion have been resolved. If the parties still request that the Court hear the motion for preliminary injunction, the joint memorandum shall include joint proposed deadlines for discovery relating to the resolution of the motion, including a proposed hearing date.

Failure to comply with the foregoing provisions could result in the imposition of sanctions.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2019.